Dmitri Germanovich LI, Petitioner,

v.

John ASHCROFT, U.S. Attorney
General, Respondent.

No. 03–60677.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Sept. 27, 2004.

Robert H. Beer, Marietta, GA, for Petitioner.

Thomas Ward Hussey, Director U.S. Department of Justice, Terri Jane Scadron, Earle B. Wilson, U.S. Department of Justice, Civil Division Immigration, Washington, DC, Luis Garcia, U.S. Immigration & Naturalization Service, District Director's Office, El Paso, TX, Caryl G. Thompson, U.S. Immigration & Naturalization Service, District Directors Office, New Orleans, LA, for Respondent.

John Ashcroft, U.S. Department of Justice, Washington, DC, pro se.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Before JOLLY, HIGGINBOTHAM, and PICKERING, Circuit Judges.

PER CURIAM: *

Dmitri Germanovich Li petitions for review of the Board of Immigration Appeals' (BIA's) rejection of his motion to reconsider. In his brief, Li contests the BIA's affirmance of the IJ's order of removal, rather than the BIA's denial of his motion to reconsider. Li's only assertion concerning the motion to reconsider is his conclusory statement that his rights were prejudiced because he made other arguments in his motion to reconsider in addition to the one noted by the BIA. Li has not shown that the BIA abused its discretion in denying his motion to reconsider. *See Osuchukwu v. INS*, 744 F.2d 1136, 1141 (5th Cir.1984). Accordingly, Li's petition for review is DENIED.